B 23 (Official Form 23) (12/10)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA

In re  Denise M McMullan Denise M Hill; Denise M McClarin,
　　　　　　　　　　Debtor

Case No. 13-22877-JPK

Chapter 7

## DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7, chapter 11 in which § 1141(d)(3) applies, or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

\*\*\*IF Debtor completed fin mgmnt course TF\*\*\*
Signature of Debtor: *[signature] Denise M. McMullan*
Date: 9-3-13

---

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 60 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)

Certificate Number: 14912-INN-DE-021748881

Bankruptcy Case Number: 13-22877



14912-INN-DE-021748881

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 2, 2013, at 1:02 o'clock PM EDT, Denise Mcmullan completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District of Indiana.

Date:   September 2, 2013                By:    /s/Anthony Levato

                                         Name:  Anthony Levato

                                         Title: Counselor