UNITED STATES BANKRUPTCY COURT
Northern District of Indiana

In re:  Denise M McMullan
Debtor

Case No. 13-22877
Chapter 7

## AMENDMENT COVER SHEET

The following items have been amended in the above named bankruptcy proceeding (check all applicable boxes)

|   | |
|---|---|
|     | Voluntary Petition (Specify reason for amendment) |
|     | Summary of Schedules |
|  X  | Schedule A - Real Property  - Not previously filed - Adding primary residence |
|     | Schedule B - Personal Property |
|  X  | Schedule C - Property Claimed as Exempt  - Amending to include Primary Residence as Exempt Property |
|     | Schedule D, E, or F and/or Matrix, and/or List of Creditors or Equity Holders |
|     | _____ Add/Delete creditor(s), change amount or classification of debt - $26.00 fee required |
|     | _____ Add/change address of already listed creditor - No Fee |
|     | Schedule G - Executory Contracts and Unexpired Leases |
|     | Schedule H - Codebtors |
|     | Schedule I - Current Income of Individual Debtor(s) |
|     | Schedule J - Current Expenditures of Individual Debtor(s) |
|     | Declaration Regarding Schedules |
|     | Statement of Financial Affairs and/or Declaration |
|     | Chapter 7 Individual Debtor's Statement of Intention |
|     | Disclosure of Compensation of Attorney for Debtor |
|     | Statement of Current Monthly Income and Means Test Calculation (Form 22A, 22B or 22C) |
|     | Certification of Credit Counseling |
|     | Other: |

Amendment of debtor(s) Social Security Number requires the filer to follow the instructions provided by the Office of the U.S. Trustee.

### Declaration of Debtor

I (We) declare under penalty of perjury that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my (our) information and belief.

Date: 09-05-2013   *[signature]*

Debtor   Denise M. McMullan

Generated by CamScanner from intsig.com

B6A (Official Form 6A) (12/07)

In re Denise M McMullan,                                    Case No.  13-22877
                        Debtor                                        (If known)

# AMENDED - SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | Husband, Wife, Joint, or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 971 Capitol Drive<br>Hobart, IN 46342 | Tenants in the Entirety as Husband & Wife | J | $152,200.00 | $139,000.00 |
| Notes: Title of home is in Debtor and Non-Filing Spouse's name as Husband & Wife Tenants in the Entirety -- However, mortgages are Entirely in the Non-Filing Spouse's Name. Value of home determined by Lake County Assessors Office (Assessed Value). Non-Petitioning Spouse Has Two Mortgages on this property with the following balances:<br>1.) $132,000<br>2.) $7,000 | | | | |
| | | Total ▶ | $152,200.00 | |

(Report also on Summary of Schedules.)

B6C (Official Form 6C) (04/13)

In re Denise M McMullan,                                    Case No.  13-22877
                Debtor                                                (If known)

# AMENDED - SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:  ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                   $155,675.*
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 971 Capitol Drive Hobart, IN 46342 | Ind. Code § 34-55-10-2(c)(5) | $13,200.00 | $152,200.00 |
| Clothing | Ind. Code § 34-55-10-2(c)(2) | $2,000.00 | $2,000.00 |
| Household Goods | Ind. Code § 34-55-10-2(c)(2) | $1,000.00 | $1,000.00 |
| Checking account Chase | Ind. Code § 34-55-10-2(c)(2) | $70.00 | $70.00 |

\* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*