United States Bankruptcy Court
Northern District of Indiana

In re:                                                                              Case No. 13-22877-jpk
Denise M McMullan                                                                   Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0755-2        User: lforslund           Page 1 of 1              Date Rcvd: Sep 06, 2013
                            Form ID: 505              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2013.
db            +Denise M McMullan,    971 Capitol Dr.,    Hobart, IN 46342-6202

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2013                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2013 at the address(es) listed below:
              Blake Nathaniel Dahl    on behalf of Debtor Denise M McMullan bnd@etzlerlaw.com
              Gordon E. Gouveia    gmlaw@gouveia.comcastbiz.net,   IN49@ecfcbis.com
              Nancy J. Gargula    USTPRegion10.SO.ECF@usdoj.gov
                                                                                             TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## Northern District of Indiana
## Hammond Division

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address)<br>Denise M McMullan<br>aka Denise M Hill, aka Denise M McClarin<br>xxx–xx–8363<br>971 Capitol Dr.<br>Hobart, IN 46342 | ) <br>) <br>) <br>) Case Number: 13–22877–jpk<br>) <br>) <br>) <br>) <br>) Chapter: 7<br>) |

## ORDER TO SIGN

At Hammond, Indiana, on September 6, 2013.

On September 5, 2013, a(n) Amended Schedule A was electronically filed on behalf of the debtor(s). The document(s) does not indicate that it has been signed by the debtor(s) as required by paragraph 11(c) of the court's order authorizing electronic case filing.

Debtor(s) shall, within three (3) days of this date, file a document that properly indicates said signatures(s). The failure to do so may result in the current filing being stricken without further notice.

**SO ORDERED.**

J. Philip Klingeberger
_____
Judge, United States Bankruptcy Court

Document No. 12 – 11